**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Derrick Leon HAYS, Defendant–
Appellant.**

**No. 06–50645.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Aug. 9, 2007.

Filed Sept. 11, 2007.

---

Becky S. Walker, Esq., Fred Wallace Slaughter, Esq., Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

James H. Locklin, Esq., John L. Littrell, Esq., Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: KOZINSKI and RAWLINSON, Circuit Judges, and CEDARBAUM *, Senior District Judge.

## MEMORANDUM **

The critical inquiry for the district court was whether the officers had reasonable

* The Honorable Miriam Goldman Cedarbaum, Senior U.S. District Judge for the Southern District of New York, sitting by designation.

suspicion to justify the traffic stop. *See United States v. Choudhry,* 461 F.3d 1097, 1100 (9th Cir.2006). "[I]n making that assessment it is imperative that the facts be judged against an objective standard: would the facts available to the officer *at the moment of the seizure* ... warrant a man of reasonable caution in the belief that the action taken was appropriate?" *Terry v. Ohio,* 392 U.S. 1, 21–22, 88 S.Ct. 1868, 20 L.Ed.2d 889 (1968) (citations and internal quotation marks omitted) (emphasis added). The district court credited Deputy Knittel's testimony that he did not see the temporary permit at that time. No further finding was required.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

